IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS MENDOZA a/k/a SANTOS
GERARDO MENDOZA CASTELLON                                              PLAINTIFF

v.                                   Civil No. 4:16-cv-4030

SERGEANT WISE; OFFICER McCRNORER;
LIEUTENANT HEATH ROSS; OFFICER
JOHN DOE; SERGEANT MCADEN;
and OFFICER JOHN DOE                                                   DEFENDANTS

## ORDER

    This is a civil rights action filed by the Plaintiff, Santos Mendoza, pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's Motion to Dismiss.  ECF No. 7.

    Plaintiff filed his Complaint and Application to Proceed *in forma pauperis* on April 11, 2016.  ECF No. 1, 2.  Plaintiff filed a Motion to Dismiss his Complaint on April 29, 2016.  ECF No. 5.  On May 20, 2016 this Court granted Plaintiff's Motion to Dismiss.  ECF No. 6.

    Plaintiff's case has already been dismissed.  Therefore Plaintiff's Motion to Dismiss (ECF No. 7) is **DENIED** as moot.

    IT IS SO ORDERED this 30th day of June, 2016.

                                                  /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                United States District Judge